MANHATTAN REAL ESTATE CO. v. FITZ, County Treasurer.

(Supreme Court, Special Term, Suffolk County.  March 16, 1912.)

TAXATION (§ 434*)—ASSESSMENT—CONFLICT BETWEEN ASSESSMENT ROLL AND RETURN.

The realty assessed is shown on a map filed in the county clerk's office, entitled "North Babylon Park, Property of the Manhattan Real Estate Company." At the beginning of the assessment, under the column headed "Description," contained in two lines, is the phrase "North Babylon Park, North Babylon, L. I.," nothing else being in the columns on that page; but on the 30 remaining pages, under the column "Description," occupying three lines on each page, is "Map of North Babylon Park, North Babylon, L. I." The return of unpaid taxes contained under the description, on the first two pages, only the words "North Babylon Park," occupying one line, and on the remaining 30-odd pages, occupying two lines, the words "Map of North Babylon Park." *Held,* that there was a substantial compliance with the statute with reference to the description in the return conforming to that in the assessment roll.

[Ed. Note.—For other cases, see Taxation, Cent. Dig. §§ 754–757; Dec. Dig. § 434.*]

Action by the Manhattan Real Estate Company against Charles R. Fitz, County Treasurer. Complaint dismissed.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Percy R. Housel, of Riverhead, for plaintiff.
T. M. Griffing, of Riverhead, for defendant.

PUTNAM, J.   The property which is the subject of this action is shown on a certain map, entitled "North Babylon Park, Property of the Manhattan Real Estate Company," filed in the Suffolk county clerk's office on March 27, 1908, as map No. 368.

At the head of page 137 of the assessment roll, and at the beginning of the assessment of this property on page 136 (in each case in two lines), under the column headed "Description," is the phrase "North Babylon Park, North Babylon, L. I.," and on each of said pages nothing else is found in said columns; whereas, on the 30-odd remaining pages, under the column headed "Description," and occupying three lines on each page, is the phrase "Map of North Babylon Park, North Babylon, L. I.," with nothing else. . In the "return" of unpaid taxes, this description contains nothing except the words "North Babylon Park" on the first 2 pages, occupying one line, and "Map of North Babylon Park" on the remaining 30-odd pages, occupying two lines.

For the reasons stated in action No. 1, which is decided herewith (137 N. Y. Supp. 864), I am of opinion that this was a substantial compliance with the statute, and that discrepancies between the "assessment roll" and the "return" in the name of the owner did not invalidate the proceedings.

The complaint is therefore dismissed.